## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## JOHNSTOWN DIVISION

| | |
|---|---|
| SCOTT ORTASIC and TAMMY ORTASIC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:10-cv-00287-KRG |
| ) | |
| BUREAU OF COLLECTION ) | |
| RECOVERY, INC., ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF SETTLEMENT**

NOW COME Plaintiffs, SCOTT ORTASIC and TAMMY ORTASIC , by and through the undersigned counsel and hereby inform the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiffs anticipate will be finalized within the next 30 days.

Plaintiffs therefore request that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Peter Cozmyk
Peter Cozmyk
Krohn & Moss, Ltd
3 Summit Park Drive, Suite 140
Independence, Ohio 44131
Phone: (323) 988-2400 x 213
Fax: (866) 799-3206
pcozmyk@consumerlawcenter.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was served via electronic mail upon the following:

David J. Haggarty
Sr. Claim Executive
DHAGGART@travelers.com

Ryan Trucke
Attorney for Defendant
rtrucke@brutlaw.com

                                        /s/ Peter Cozmyk
                                        Peter Cozmyk
                                        Attorney for Plaintiffs