UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| SCOTT ORTASIC and TAMMY ORTASIC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:10-cv-00287-KRG |
| ) | |
| BUREAU OF COLLECTION ) | |
| RECOVERY, INC., ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER OF DISMISSAL

Based upon Plaintiffs' Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 22, 2011

_____
The Honorable Judge
United States District Judge